

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2022

**BY ECF**
The Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Samuel Martinez</u>, 22 Cr. 194 (JMF)

Dear Judge Furman:

    The Government submits this letter in advance of the arraignment and initial conference scheduled for April 12, 2022, at 11:00 a.m. in the above-captioned matter. The Government respectfully requests that time be excluded under the Speedy Trial Act from April 1, 2022 until April 12, 2022, to allow the parties to negotiate a protective order and begin the exchange of discovery. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel has no objection to the exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Ashley C. Nicolas
    Assistant United States Attorney

cc:   Ian Marcus Amelkin, Esq. (counsel for defendant Samuel Martinez)
     Federal Defenders of New York

Application GRANTED. Time is excluded in the interests of justice from today, April 4, 2022, until April 12, 2022, for the reasons set forth in the Government's letter. The Clerk of Court is directed to terminate Doc. #5. SO ORDERED.

April 4, 2022