## Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

June 23, 2022

<u>**Via ECF and Email**</u>

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Center Street
New York, NY 10007

       Re:   <u>United States v. Samuel Martinez,</u>
           22 Cr. 194 (S.D.N.Y.)

Dear Judge Furman:

       This firm represents Samuel Martinez in the above-captioned matter.  Pursuant to Paragraph 2(D) of your Honor's Individual Rules and Practices, Mr. Martinez respectfully requests a 60-day adjournment of the current motions schedule and the next pretrial conference.  *See* Apr. 12, 2022 Minute Entry.  The government consents to the request and we consent to an exclusion of time for Speedy Trial purposes until the next conference.  This is our first such request.

       We request this extension so that we have sufficient time to produce and review discovery and engage in plea negotiations.  The undersigned has a three-week trial scheduled to begin July 11, 2022 in the Eastern District of New York and will require additional time in order to fully evaluate discovery and engage in plea negotiations or prepare potential motions.

       Under the current schedule, motions are due by 8/5/2022, opposition are due by 8/19/2022, and replies are due by 8/26/2022.  The next pretrial conference is scheduled for 8/10/2022 at 3:30 p.m., with time excluded in the interest of justice until 8/10/2022.  If the Court grants the 60-day extension, the parties propose the following schedule:

- Motions due by 10/4/2022;
- Opposition due by 10/18/2022;

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Jesse M. Furman
Page 2

- Replies due by 10/25/2022;
- Next pretrial conference on 10/10/2022, with time excluded in the interest of justice until 10/10/2022.

We have submitted a proposed order to the Court by e-mail, along with this request for adjournment.

Thank you for your consideration of this request.

Respectfully submitted,

MORVILLO ABRAMOWITZ
  GRAND IASON & ANELLO P.C.

 */s/ Telemachus P. Kasulis*

Telemachus P. Kasulis

*Counsel for Samuel Martinez*

cc:    All counsel (via ECF)

Application GRANTED. Motions shall be filed by 10/4/2022. Opposition shall be filed by 10/18/2022. Replies, if any, shall be filed by 10/25/2022. The next pretrial conference is scheduled for 10/13/2022 at 3:15 p.m. (The Court is closed on the requested date of October 10, 2022.) Time is hereby excluded from the speedy trial clock in the interests of justice from today, June 23, 2022, until October 13, 2022, for the reasons set forth above. The Clerk of Court is directed to terminate Doc. #13. SO ORDERED.

June 24, 2022