```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
                -v-                                                     :    22-CR-194 (JMF)
                                                                        :
SAMUEL MARTINEZ,                                                        :    SCHEDULING ORDER
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    Trial in this case is scheduled for **March 6, 2023** at **9:30 a.m.**

    It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **February 23, 2023**. Any opposition to a motion *in limine* or trial memorandum shall be filed by 5 p.m. on **February 27, 2023**.

    In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, parties should not submit courtesy copies of any submissions, unless the Court orders otherwise. The proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

    It is further ORDERED that the parties appear for a final pretrial conference on **March 2, 2023**, at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

    The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

    SO ORDERED.

Dated: January 9, 2023
       New York, New York
                                                             JESSE M. FURMAN
                                                             United States District Judge