UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        -v.-

SAMUEL MARTINEZ,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF
FORFEITURE**

22 Cr. 194 (JMF)

WHEREAS, on or January 31, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (D.E. 21), which ordered the forfeiture to the United States of all right, title and interest of SAMUEL MARTINEZ (the "Defendant") in the following property:

    a.  Interarms Star Eibar, 9mm handgun, Serial Number ("SN") 1893397;

    b.  SCCY CPPX, 9mm handgun, SN 599828;

    c.  Smith and Wesson 14-3, .380 caliber revolver, with a defaced serial number;

    d.  Taurus, 9mm handgun, SN TMS88519;

    e.  Taurus, 9mm handgun, SN ABE616537;

    f.  Springfield Armory, 9mm handgun, SN XD142680;

    g.  Ruger, .22 caliber handgun, SN 490-21337;

    h.  Taurus, 9mm handgun, SN TMR39611;

    i.  Smith & Wesson SD9 VE, 9mm handgun, SN FBE7930;

    j.  Hi-Point .380 caliber handgun, SN P8031092;

    k.  Hi-Point, 9mm handgun, SN P10149436;

    l.  American Arms, .22 caliber handgun, SN E420980;

    m.  Ruger DC-9, 9mm handgun, SN 461-47929;

    n.  Ruger Security, 9mm handgun, SN 382-78094;

    o.  CPX-2 SCCY, 9mm handgun, SN C220134;

    p.   Taurus G2C, 9mm handgun, SN ABK055964;

    q.   Taurus, PT111 Pro, 9mm handgun, SN TC018376;

    r.   Weihrauch Revolver, .380 special, SN 541495;

    s.   RZ17 Tactical 12-gauge shotgun, SN 21P0166.

(a. through s. collectively, the "Specific Property");

        WHEREAS, the Consent Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).  The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

        WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

        WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 25, 2023, for thirty (30) consecutive days, through June 23, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on July 25, 2023 (D.E. 33);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Customs and Border Protection (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated:  New York, New York
      July 25   , 2023

SO ORDERED:

The Clerk of Court is directed to terminate Docket No. 34.

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

3